1  ERIC GRANT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   MARGARET BRANICK-ABILLA (CABN 223600)
4  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
5  Office of the General Counsel
   Social Security Administration
6  6401 Security Boulevard
   Baltimore, MD 21235
7  Telephone: (510) 970-4809
   Email: Margaret.Branick-Abilla@ssa.gov
8

9  Attorneys for Defendant

10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| RACHAEL AGUIRRE HUIZAR,<br><br>             Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>             Defendant. | Civil No. 2:25-cv-00744-EFB<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |
|---|---|

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

   On remand, the Commissioner will further consider the evidence and Plaintiff's residual functional capacity, take further action to complete the administrative record, as necessary, and issue a new decision.

///

///

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 20, 2025          LAW OFFICES OF FRANCESCO BENAVIDES

By: */s/ Francesco Benavides*
FRANCESCO BENAVIDES
Attorneys for Plaintiff
[*As authorized by e-mail on Aug. 20, 2025]

Dated: August 20, 2025          ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7

By:     */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: September 12, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE