# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHAEL AGUIRRE HUIZAR ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:25–CV–00744–EFB** |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/15/2025 .**

ENTERED:   **September 15, 2025**      /s/  **Keith Holland**

                                               Clerk of Court